# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| TYCO HEALTHCARE GROUP LP, MALLINCKRODT INC., AND LIEBEL-FLARSHEIM COMPANY, | Case No. 1:04-CV-773 |
| Plaintiffs, | Judge Michael R. Barrett |
| v. | FILED ELECTRONICALLY |
| MEDRAD, INC., | |
| Defendant. | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Tyco Healthcare Group LP, Mallinckrodt Inc. and Liebel-Flarsheim Company, and Defendant Medrad, Inc., hereby stipulate that the above-captioned action is dismissed with prejudice.

Dated: February 11, 2008

/s/ Brian G. Arnold
Robert G. Krupka
Brian G. Arnold
Kirkland Ellis LLP
777 S. Figueroa Street
35th Floor
Los Angeles, CA 90017
Telephone: 213-680-6400
barnold@kirkland.com

J. Robert Chambers
Theodore R. Remaklus
Wood, Herron & Evans, LLP
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202
Telephone: 513-241-2324
bchambers@whepatent.com

Counsel for Plaintiffs Tyco Healthcare
Group LP, Mallinckrodt Inc., and
Liebel-Flarsheim Company

/s/ Robert J. Walters
Robert J. Walters
Blair M. Jacobs
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004
(202)383-0100
Robert.Walters@sablaw.com

Kenneth F. Seibel (0025168)
Jacobs Kleinman Seibel and McNally
2300 Kroger Building
1014 Vine Street
Cincinnati, OH 45202
Telephone: 512-381-6600
kseibel@jksmlaw.com

David J. Schramm
Medrad, Inc.
One Medrad Drive
Indianola, PA 15219
(412) 767-2400
dschramm@medrad.com

Counsel for Defendant Medrad, Inc.

K&E 12425561.

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Robert J. Walters, Blair M. Jacobs, Charles J. Hawkins, and Kenneth F. Seibel.


/s/ Brian G. Arnold